FILED
JULY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
Jun 26, 2008
JUN 26 2008
JUN 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Charles Head

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C/O Harrington
Cook County Deputy Sheriff
Cermak Health Care Service
Cook County Jail

08CV3663
JUDGE GOTTSCHALL
MAGISTRATE JUDGE NOLAN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

✓ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Charles Head

    B. List all aliases: Steve Head, Marvin Williams

    C. Prisoner identification number: 20070084711

    D. Place of present confinement: Cook County Jail

    E. Address: 2600 S. California Ave. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: C/O Harrington 7 to 3 shift
        Title: Transportation officer Cook County Deputy Sheriff
        Place of Employment: Cook County Jail

    B. Defendant: Cermak Health care service
        Title: Hospital of Cook County Jail
        Place of Employment: _____

    C. Defendant: _____
        Title: _____
        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _I have filed a lawsuite against Cook County Jail can't remember correct dates_

B. Approximate date of filing lawsuit: _1999_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _C/O BittenBinder_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _Assualt_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settled out of Court_

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 5-27-08 after returning from fantus Clinic at stroger Hosptial C/o Harrington of 7to3 shift was playing with a taser remote control. The taser was Attached to my right leg, the C/o had switched remotes with C/o Rabus over At stroger Hospital. After returning to Cermak At the County Jail the officers were removing the shackles, handcuffs and the taser devices C/o Harrington was playing with Inmate Tony Palmer I.D.# 20080004155, C/o Harrington stated to I/M Palmer all i had to do was turn this key and 50,000 volts would knock you down C/o Harrington pointed the remote at I/M Palmer and turned the key at this time i felt major pain trauling up my right leg. Because of his carelessness C/o Harrington could have caused my pacemaker to stop working and sent me into Cardiac arrest and i could have died. List of people who witnessed event below!

Inmate Alexader R.T.U.C1
Inmate Tony Palmer R.T.U.C2
C/o Davis
C/o Rabus
C/o NAuverro          ALL 7to3
C/o Allen             transportation officers
C/o Wright

4

Revised 9/2007

After the incident i asked C/O Cobbs if i could see a doctor because i was not feeling well at this time C/O Cobbs went to the back to ask a nurse if i could be seen. He returned and told me i could not be seen because it was a non-emergency. If being tasered and complaing of chest pains was not an emergency im not sure what is.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to have the C/o brought up on Charges and i plan to sue him along with Cermak health care services for dening me Medical Attention

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 31 day of MAY, 2008

Charles Head
(Signature of plaintiff or plaintiffs)

Charles Head
(Print name)

20070084711
(I.D. Number)

Cook County Jail
2600 S. California Ave.
Chicago, IL. 60608
(Address)

6

Revised 9/2007