# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Head v. Harrington et al.,

Case Number: 08 C 3663

Judge: Gottschall

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Correctional Officer Terence Harrington

SIGNATURE  /s/ Sarah M. Burke, ARDC # 6277202

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)        TELEPHONE NUMBER
# 6277202                                      (312) 603-4320

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☒    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐    NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES ☐    NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐