UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES HEAD, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 3663 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| C/O HARRINGTON, COOK COUNTY DEPUTY | ) | |
| SHERIFF, CERMAK HEALTH CARE SERVICE | ) | Magistrate Judge Nolan |
| COOK COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Charles Head
    #2007-0084711
    Cook County Jail
    P.O. Box 089002
    Chicago, IL 60608

**PLEASE TAKE NOTICE** that on August 21, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Joan B. Gottschall the courtroom usually occupied by her in Room 2325 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendant's Motion to Enlarge the Time Period in which to Move, Answer or Otherwise Plead*.

                            Respectfully Submitted,
                            RICHARD A. DEVINE
                            State's Attorney of Cook County
                    By:     /s/Sarah M. Burke _____
                            Sarah M. Burke
                            500 Richard J. Daley Center
                            Chicago, Illinois 60602
                            (312) 603-4320

## CERTIFICATE OF SERVICE

   I, Sarah M. Burke Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on August 11, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                            /s/ Sarah M. Burke _____
                            Sarah M. Burke