**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Charles Head
                           Plaintiff,

v.                                              Case No.: 1:08−cv−03663
                                                     Honorable Joan B. Gottschall

C/O Harrington, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Defendant's motion to enlarge time period in which to move, to answer or otherwise plead by 9/12/2008 [9] is granted. No appearance required 8/21/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.